195 So. 911

**Henry SHAKESPEAR (alias Shake) v. STATE.**

**4 Div. 559.**

Court of Appeals of Alabama.

April 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.